# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONNIE JUNIOR NIXON                          PLAINTIFF

v.                  No. 3:18-cv-249-DPM

CHASITY SANDOVAL, Head Jailer,
Poinsett County Detention Center                      DEFENDANT

## ORDER

Nixon hasn't responded to the pending recommendation; his mail is being returned undelivered. № 6 & № 7. Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Nixon's complaint will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from the Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

7 February 2019