# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONNIE JUNIOR NIXON                  PLAINTIFF

v.                 No. 3:18-cv-249-DPM

CHASITY SANDOVAL, Head Jailer,
Poinsett County Detention Center              DEFENDANT

## JUDGMENT

Nixon's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

7 February 2019